UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CITY OF SANTA CRUZ,

              Plaintiff,

      v.

CHEVRON CORP., et al.,

              Defendants.

Case No.  18-cv-00458-VC

**ORDER REMANDING CASE**

Re: Dkt. Nos. 140, 222

       The case is hereby remanded to the Superior Court of the State of California, County of Santa Cruz. The Clerk is directed to close the case.

       **IT IS SO ORDERED.**

Dated: May 22, 2023

VINCE CHHABRIA
United States District Judge